# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MICHAEL A. BRANDON,**     )<br>                                                    )<br>          **Plaintiff,**            )<br>                                                    )<br>     **vs.**                                   )<br>                                                    )<br>**XCEL ENERGY, INC.,**           )<br>                                                    )<br>          **Defendant.**        ) | **Case No.  8:06cv32**<br><br>**SCHEDULING ORDER** |

   This matter is before the court pursuant to paragraph 8(a) of the Report of Parties' Planning Conference (Filing No. 5).

**IT IS ORDERED:**

   1.   The parties shall select an agreed-upon mediator and inform the court of their choice by **June 1, 2006.**

   2.   The parties shall inform the court whether they wish to stay the case pending mediation by **June 1, 2006.**


   DATED this 1st day of May, 2006.

                                                            BY THE COURT:


                                                             S/ F. A. Gossett
                                                            United States Magistrate Judge