IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL A. BRANDON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV32 |
| | ) | |
| v. | ) | |
| | ) | |
| XCEL ENERGY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    This matter is before the court sua sponte. In response to the parties Rule 26 meeting Report, this court ordered the parties to select an agreed-upon mediator and inform the court of their choice by June 1, 2006. This deadline has expired and the court's records show that the parties have not informed the court of an agreed-upon mediator.

THEREFORE IT IS ORDERED:

    1.    That by **August 7, 2006** the parties shall file a Response to Order to Show Cause explaining any reason the parties may have why they have failed to meet the above deadline in addition to informing the court of an agreed-upon mediator; and

    2.    That in the absence of a timely and sufficient Response to Order to Show Cause, this case will be progressed to trial.

    DATED this 5th day of July, 2006.

                              BY THE COURT:

                              s/ F.A. Gossett
                              United States Magistrate Judge