IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL A. BRANDON, | ) | CASE NO. 8:06CV32 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| XCEL ENERGY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the parties' Stipulation for Dismissal with Prejudice. The Court finds that the stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal with Prejudice (Filig No. 10) is approved, and the relief requested therein shall be granted;

2. The Plaintiff's Claim and all claims in this matter are dismissed with prejudice; and

3. The parties shall pay their own costs and attorney fees.

DATED this 22nd day of September, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge